# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DENTAL COMMERCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD L WINN DDS PS et al.,<br><br>　　　　　Defendants. | CASE NO. C19-1723 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On December 24, 2019, Plaintiff filed a notice informing the Court that Defendant Ronald L. Winn had filed a Chapter 7 petition with the United States Bankruptcy Court for the Western District of Washington. (Dkt. No. 5.) Pursuant to 11 U.S.C. § 362, this matter is automatically stayed pending resolution of the bankruptcy proceedings.

1 | The Court requests that the parties file a status report to be submitted no later than the
2 | earlier of two events, within 30 days of the conclusion of the bankruptcy proceedings or
3 | December 24, 2020.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 2, 2020.

William M. McCool<br>
Clerk of Court

s/Rhonda Miller<br>
Deputy Clerk