1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10   DENTAL COMMERCE                    CASE NO. C19-1723 MJP
     CORPORATION, an Oregon
11   corporation,                       MINUTE ORDER

12                      Plaintiff,

13              v.

14   RONALD L. WINN, DDS, PS, a
     Washington corporation, and RONALD
15   L. WINN, an individual,

16                      Defendants.

17
         The following minute order is made by the direction of the court, the Honorable Marsha
18
     J. Pechman, United States District Judge:
19
         On December 24, 2019, Plaintiff filed a notice informing the Court that Defendant
20
     Ronald L. Winn had filed a Chapter 7 petition with the United States Bankruptcy Court for the
21
     Western District of Washington. (Dkt. No. 5.)  This matter was automatically stayed pending
22
     resolution of the bankruptcy proceeding.  (Dkt. No. 6.)  See 11 U.S.C. § 362.
23
24

On January 2, 2020, the Court asked the parties to file a status report within 30 days of the conclusion of the bankruptcy proceeding or by December 24, 2020, whichever was earlier. The Court has not received that report. The parties are directed to meet and confer and submit to the Court a joint status report within 14 days of this order.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 2, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk